

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 26, 2023

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  *Bambridge Accountants New York LLC v. USCIS, et al.*, No. 23 Civ. 2052 (RA)

Dear Judge Abrams:

This Office represents the government in the above-referenced action, in which the plaintiff seeks declaratory and injunctive relief under the Administrative Procedure Act with respect to the decision of the U.S. Citizenship and Immigration Services ("USCIS"), via its Texas Service Center (the "Center"), to revoke the prior approval of plaintiff's petition for L-1A nonimmigrant classification for an intracompany transferee (plaintiff's president and owner). On behalf of the government, and together with plaintiff, I write respectfully to request that the Court stay all deadlines in this matter for six months (including the deadline to respond to the complaint, *i.e.*, from May 25 to November 27, 2023); adjourn the initial pretrial conference presently scheduled for April 28, 2023, *sine die;* and permit the parties to file a joint status letter by October 20, 2023.

The Administrative Appeals Office of USCIS recently issued a decision withdrawing the referenced revocation of the extension petition's approval and providing that if the Center still wishes to revoke the approval at issue, it must issue a new Notice of Intent to Revoke. The requested relief will provide the parties an opportunity to consider USCIS's next steps and potentially resolve this matter without the Court's intervention. The parties thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ *Joseph A. Pantoja*
JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2785
E-mail: joseph.pantoja@usdoj.gov
*Attorney for Defendants*

cc:  Counsel of record (via ECF)

Application granted.  The conference scheduled for April 28, 2023 is hereby adjourned, and the parties shall file a joint status letter by October 20, 2023.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
04/27/2023